# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SAMUEL CHIHAAS, individually<br><br>Plaintiff,<br><br>v.<br><br>THE CONAIR GROUP, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:   5:14-cv-00925-JGB-DTB<br><br>**ORDER OF DISMISSAL** |

    Having reviewed the Stipulation for Voluntary Dismissal With Prejudice submitted by the Plaintiff Samuel Chihaas ("Plaintiff"), on the one hand, and Defendant IPEG, INC., formerly known as THE CONAIR GROUP, INC. ("Defendant"), on the other hand (collectively hereinafter "The Parties"), by and through their respective counsel of record herein, and good cause having been established, it is hereby orders as follows:

1.    The above-referenced action is dismissed with prejudice, in its entirety, pursuant to the stipulation of the Parties and Rule 41(a)(1) of the Federal Rules of Civil Procedure;

2.    The Parties shall each bear his or its own attorneys' fees and costs;

3.    Defendant has waived any claims for malicious prosecution and/or abuse of process against Plaintiff.

SO ORDERED this 5th day of September, 2014.

By: _____
HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE